United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 24-11892-pmm
Anthony Thomas Little, Jr  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jun 03, 2024     Form ID: 210U     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anthony Thomas Little, Jr, 450 Germantown Pike Ste 3, Lafayette Hl, PA 19444-1820 |
| 14893781 | + | Carolina Finance, 4746 Finlay St, Richmond, VA 23231-2754 |
| 14893780 | + | Carolina Finance, 1312 E Little Creek Rd, Norfolk, VA 23518-3920 |
| 14893784 | | Dermatology Associates of Plymouth Meeting, Attn: Bankruptcy, 531 W Germantown Pike Ste 200, Plymouth Mtng, PA 19462-1325 |
| 14893791 | | Michael Newman, DPM, Attn: Bankruptcy, 2050 Butler Pike, Plymouth Mtng, PA 19462-1800 |
| 14893792 | | Montgomery County Tax Claim Bureau, 1 Montgomery Plz Ste 600, Norristown, PA 19401-4851 |
| 14893793 | | Patient First, Attn: Bankruptcy, 640 Freedom Business Ctr Dr Ste 500, Kng of Prussa, PA 19406-1364 |
| 14893798 | | Ratchford Law Group, P.C., 54 Glenmaura National Blvd Ste 104, Moosic, PA 18507-2161 |
| 14893799 | + | Richmond Postal Cred, Po Box 26024, Richmond, VA 23260-6024 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 04 2024 00:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 04 2024 00:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14893777 | | Email/Text: Bankruptcy@michaelandrewsllc.com | Jun 04 2024 00:47:00 | Autovest, LLC of Pennsylvania, Attn: Bankruptcy, 26261 Evergreen Rd, Southfield, MI 48076-4447 |
| 14893776 | + | Email/Text: bankruptcy@axcess-financial.com | Jun 04 2024 00:47:00 | Allied Cash Advance, Attn: Bankruptcy, 7755 Montgomery Rd Suite 500, Cincinnati, OH 45236-4325 |
| 14893778 | | Email/Text: bankruptcy@avidac.com | Jun 04 2024 00:47:00 | Avid Acceptance, Attn: Bankruptcy, PO Box 734528, Dallas, TX 75373-4528 |
| 14893779 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2024 01:19:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14893782 | + | Email/Text: bankruptcy@credencerm.com | Jun 04 2024 00:47:00 | Credence Resource Management, LLC, Attn: Bankruptcy 4222 Trinity Mills Road, Dallas, TX 75287-7666 |
| 14893783 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2024 01:17:46 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14893785 | | Email/Text: DEbankruptcy@domenergy.com | Jun 04 2024 00:47:00 | Dominion Power, Attn: Bankruptcy, 120 Tredegar St, Richmond, VA 23219-4306 |
| 14893790 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2024 01:17:47 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14893786 | | Email/Text: rj@ffcc.com | Jun 04 2024 00:47:00 | First Federal Credit Control, Attn: Bankruptcy, 25700 Science Park Dr Ste 370, Beachwood, OH 44122-7312 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2024 | Form ID: 210U | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 14893787 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Jun 04 2024 00:47:00 | First Investors Financial Dept, Attn: Bankruptcy Attn: Bankruptcy, 3065 Akers Mill Rd SE , Ste 700, Atlanta, GA 30339-3124 |
| 14893788 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 04 2024 00:47:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14893789 | + | Email/Text: austin.bankruptcy@lgbs.com | Jun 04 2024 00:47:00 | Linebarger Goggan Blair & Sampson LLP, One Penn Center, 1617 John F. Kennedy Blvd, Suite 555, Philadelphia, PA 19103-1840 |
| 14893794 | | Email/Text: bankruptcies@penncredit.com | Jun 04 2024 00:47:00 | Penn Credit Corp, Attn: Bankruptcy, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 14893795 | | Email/Text: fesbank@attorneygeneral.gov | Jun 04 2024 00:47:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14893796 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 04 2024 00:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14893797 | ^ | MEBN | Jun 04 2024 00:36:15 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14893800 | | Email/Text: accountservicing@trueaccord.com | Jun 04 2024 00:47:00 | True Accord, Attn: Bankruptcy, 16011 College Blvd Ste 130, Lenexa, KS 66219-9877 |
| 14893801 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 04 2024 00:47:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14893802 | ^ | MEBN | Jun 04 2024 00:36:02 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2024          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Anthony Thomas Little  Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2024 | Form ID: 210U | Total Noticed: 30 |

rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Anthony Thomas Little, Jr                                  Case No: 24−11892−pmm

    Debtor(s)

_____

**CLERK'S NOTICE RE: PRESUMPTION OF ABUSE**

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 6/3/24

For The Court

Timothy B. McGrath
Clerk of Court

6
Form 210U