Certificate Number: 16339-PAE-DE-038801198

Bankruptcy Case Number: 24-11892



16339-PAE-DE-038801198

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2024, at 3:21 o'clock PM EDT, Anthony Little completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 25, 2024              By:   /s/Kelley Tipton

                                     Name: Kelley Tipton

                                     Title: Certified Financial Counselor