United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Anthony Thomas Little, Jr  
    Debtor

Case No. 24-11892-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 13, 2024      Form ID: 318      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anthony Thomas Little, Jr, 450 Germantown Pike Ste 3, Lafayette Hl, PA 19444-1820 |
| 14893781 | + | Carolina Finance, 4746 Finlay St, Richmond, VA 23231-2754 |
| 14893780 | + | Carolina Finance, 1312 E Little Creek Rd, Norfolk, VA 23518-3920 |
| 14893784 | | Dermatology Associates of Plymouth Meeting, Attn: Bankruptcy, 531 W Germantown Pike Ste 200, Plymouth Mtng, PA 19462-1325 |
| 14893791 | | Michael Newman, DPM, Attn: Bankruptcy, 2050 Butler Pike, Plymouth Mtng, PA 19462-1800 |
| 14893792 | | Montgomery County Tax Claim Bureau, 1 Montgomery Plz Ste 600, Norristown, PA 19401-4851 |
| 14893793 | | Patient First, Attn: Bankruptcy, 640 Freedom Business Ctr Dr Ste 500, Kng of Prussa, PA 19406-1364 |
| 14893799 | + | Richmond Postal Cred, Po Box 26024, Richmond, VA 23260-6024 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 13 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 14 2024 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14893777 | | Email/Text: Bankruptcy@michaelandrewsllc.com | Sep 13 2024 23:52:00 | Autovest, LLC of Pennsylvania, Attn: Bankruptcy, 26261 Evergreen Rd, Southfield, MI 48076-4447 |
| 14893776 | + | Email/Text: bankruptcy@axcess-financial.com | Sep 13 2024 23:53:00 | Allied Cash Advance, Attn: Bankruptcy, 7755 Montgomery Rd Suite 500, Cincinnati, OH 45236-4325 |
| 14893778 | | Email/Text: bankruptcy@avidac.com | Sep 13 2024 23:53:00 | Avid Acceptance, Attn: Bankruptcy, PO Box 734528, Dallas, TX 75373-4528 |
| 14893779 | | EDI: CAPITALONE.COM | Sep 14 2024 03:53:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14893782 | + | Email/Text: bankruptcy@credencerm.com | Sep 13 2024 23:53:00 | Credence Resource Management, LLC, Attn: Bankruptcy 4222 Trinity Mills Road, Dallas, TX 75287-7666 |
| 14893783 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 13 2024 23:54:25 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14893785 | | Email/Text: DEbankruptcy@domenergy.com | Sep 13 2024 23:52:00 | Dominion Power, Attn: Bankruptcy, 120 Tredegar St, Richmond, VA 23219-4306 |
| 14893790 | | EDI: CITICORP | Sep 14 2024 03:53:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14893786 | | Email/Text: rj@ffcc.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2024 | Form ID: 318 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 13 2024 23:52:00 | First Federal Credit Control, Attn: Bankruptcy, 25700 Science Park Dr Ste 370, Beachwood, OH 44122-7312 |
| 14893787 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Sep 13 2024 23:53:00 | First Investors Financial Dept, Attn: Bankruptcy Attn: Bankruptcy, 3065 Akers Mill Rd SE , Ste 700, Atlanta, GA 30339-3124 |
| 14893788 | | EDI: IRS.COM | Sep 14 2024 03:53:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14893789 | + | Email/Text: austin.bankruptcy@lgbs.com | Sep 13 2024 23:53:00 | Linebarger Goggan Blair & Sampson LLP, One Penn Center, 1617 John F. Kennedy Blvd, Suite 555, Philadelphia, PA 19103-1840 |
| 14893794 | | Email/Text: bankruptcies@penncredit.com | Sep 13 2024 23:53:00 | Penn Credit Corp, Attn: Bankruptcy, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 14893795 | | Email/Text: fesbank@attorneygeneral.gov | Sep 13 2024 23:53:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14893796 | | EDI: PENNDEPTREV | Sep 14 2024 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14893796 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14893797 | ^ | MEBN | Sep 13 2024 23:50:04 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14893798 | ^ | MEBN | Sep 13 2024 23:49:59 | Ratchford Law Group, P.C., 54 Glenmaura National Blvd Ste 104, Moosic, PA 18507-2161 |
| 14893800 | | Email/Text: accountservicing@trueaccord.com | Sep 13 2024 23:53:00 | True Accord, Attn: Bankruptcy, 16011 College Blvd Ste 130, Lenexa, KS 66219-9877 |
| 14893801 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 13 2024 23:53:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14893802 | ^ | MEBN | Sep 13 2024 23:49:42 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Sep 15, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 13, 2024 | Form ID: 318 | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Anthony Thomas Little Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Anthony Thomas Little Jr**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2927<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 24–11892–pmm | |

## Order of Discharge     12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anthony Thomas Little Jr

9/12/24

**By the court:**   Patricia M. Mayer
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**